UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DEBORAH STURGEON, SARA GAIL MERCER, | ) | |
| MICHELLE BALLARD, ANGIE NELSON, | ) | |
| JOHN STEWART, JR., RICKEY HAYS, | ) | |
| LEVI HAYNES, JASON HAMPTON, | ) | |
| JONATHAN JULIAN, VICTOR SPARKS, AND | ) | |
| TAMIKA LIEBHART, individually and on | ) | |
| behalf of all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | 1:12-cv-1099 WTL-DKL |
| | ) | |
| AT&T TELEHOLDINGS, INC., | ) | |
| INDIANA BELL, INC., | ) | |
| AMERITECH SERVICES, INC., AND | ) | |
| AT&T SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ENLARGEMENT

Pursuant to S.D. Ind. L.R. 6.1, Plaintiff's counsel has consented to an initial 28-day

enlargement of time for Defendants AT&T Teleholdings, Inc., Indiana Bell, Inc., Ameritech

Services, Inc., and AT&T Services, Inc. (collectively, "Defendants"), to answer or otherwise

respond to Plaintiffs' Collective and Class Action Complaint And Jury Trial Demand.

Defendants' response is currently due no earlier than September 4, 2012.  Pursuant to this Notice,

the time for Defendants to answer or otherwise respond to Plaintiff's Complaint is enlarged to

and including October 2, 2012.

BDDB01 9435943v1

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

By: /s/Amanda L. Shelby
       Ellen E. Boshkoff (#16365-49)
       Amanda L. Shelby (#27726-49)
       300 N. Meridian Street, Suite 2700
       Indianapolis, Indiana  46204
       Telephone: 317-237-0300
       Fax: 317-237-1000
       Email: ellen.boshkoff@faegrebd.com
            amanda.shelby@faegrebd.com

       Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Courts electronic filing system.  Parties may access this filing through the Court's system.

       Kimberly D. Jeselskis
       6515 East 82nd Street
       Suite 207
       Indianapolis, IN  46250
       *kjeselskis@kdjlegal.com*

       /s/Amanda L. Shelby