UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH STURGEON, SARA GAIL MERCER, MICHELLE BALLARD, ANGIE NELSON, JOHN STEWART, JR., RICKEY HAYS, LEVI HAYNES, JASON HAMPTON, JONATHAN JULIAN, VICTOR SPARKS, AND TAMIKA LIEBHART, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>     v.<br><br>AT&T TELEHOLDINGS, INC.,<br>INDIANA BELL, INC.,<br>AMERITECH SERVICES, INC., AND<br>AT&T SERVICES, INC.,<br><br>                      Defendants. | Civil Action No.<br><br>1:12-cv-1099 WTL-DKL |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Defendants, by counsel, respectfully request that the Court enlarge the time for Defendants to answer or otherwise respond to Plaintiffs' Collective and Class Action Complaint and Jury Trial Demand ("Complaint") by two weeks, to and including October 16, 2012. In support of this motion, Defendants state:

1. On August 10, 2012, Plaintiffs filed the Complaint. [Dkt. No. 1.] Defendants' answer or other responsive pleading is currently due on October 2, 2012, which time has not yet expired. [Dkt. No. 10.]

2. Defendants respectfully request a two-week enlargement of time to answer or otherwise respond to Plaintiffs' Complaint to allow them ample opportunity to further investigate

the facts and prepare a response to Plaintiffs' Complaint, and because Defendants' lead counsel has been and will be out of the country until the week of October 1, 2012.

3.  Counsel for Defendants conferred with counsel for Plaintiffs regarding Defendants' request for a two-week enlargement of time, and counsel for Plaintiffs stated that she has no objection.

4.  Although Defendants obtained an initial enlargement of time to answer or otherwise respond to Plaintiffs' Complaint pursuant to Southern District of Indiana Local Rule 6.1, this is its first motion for an extension of time to answer or otherwise respond to Plaintiffs' Complaint.

5.  This motion is made in good faith and for legitimate purposes and not for the purpose of delay.  Furthermore, because this case is in its early stages and no case management or trial deadlines have been established, no party will be prejudiced by the requested extension.

WHEREFORE, Defendants respectfully request that the Court enlarge Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint by two weeks, to and including October 16, 2012.

> Respectfully submitted,
>
> FAEGRE BAKER DANIELS LLP
>
> By: s/ Amanda L. Shelby
> Ellen E. Boshkoff (#16365-49)
> Amanda L. Shelby, #27726-49
> 300 North Meridian Street, Suite 2700
> Indianapolis, Indiana  46204-1782
> Telephone:  317-237-0300
> Facsimile:  317-237-1000
> E-mail:  ellen.boshkoff@faegrebd.com
> amanda.shelby@faegrebd.com
>
> *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this 24th day of September, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.

>Kimberly D. Jeselskis
>6515 East 82nd Street
>Suite 207
>Indianapolis, IN  46250
>*kjeselskis@kdjlegal.com*

>s/Amanda L. Shelby